David J. McGlothlin, Esq. (SBN 026059)
david@westcoastlitigation.com
**Hyde & Swigart**
2633 E. Indian School Road, Ste. 460
Phoenix, AZ 85016
Telephone: (602) 265-3332
Facsimile:  (602) 230-4482

Ryan L. McBride, Esq. (SBN 032001)
ryan@kazlg.com
**Kazerouni Law Group, APC**
2633 E. Indian School Road, Ste. 460
Phoenix, AZ 85016
Telephone: (800) 400-6808
Facsimile:  (800) 520-5523

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| **Dacia Pryor,** | Case No.: 2:15-cv-02034-GMS |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT AVANT, INC. WITH PREJUDICE** |
| v. | |
| **Equifax Information Services, LLC, Bank of America, N.A., Avant, Inc., American Express Company, and Wells Fargo Bank, N.A.,** | |
| Defendants. | |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff DACIA PRYOR ("Plaintiff") voluntarily dismisses the claims against Defendant AVANT, INC. ("Avant") in the above-captioned matter, with prejudice

as to the named plaintiff. Each party will bear its own costs, disbursements, and attorney fees.

Dated: April 6, 2016                    RESPECTFULLY SUBMITTED,

                                        By: /s/ Ryan L. McBride
                                            Ryan L. McBride, ESQ.
                                            ATTORNEY FOR PLAINTIFF